UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID STEVENS and
SARAH STEVENS,

    Plaintiffs,

v.

NATIONAL HOUSING PARTNERSHIP,
as general partner of
KENNEDY HOMES LIMITED PARTNERSHIP,
UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT, et al.,

    Defendants.
_____/

## NOTICE OF REMOVAL OF A CIVIL CASE

COMES NOW, Defendant, United States Department of Housing and Urban Development, through the undersigned Assistant United States Attorney, pursuant to Title 28, United States Code, Section 1442(a)(1), 1442(a), 1446, and Local Rule 7.2 and gives notice of removal of Case Number 01-2006-CA-003899, Division J, from the Circuit Court of the Eighth Judicial Circuit in and for Alachua County, Florida, on grounds that:

    1. The United States Department of Housing and Urban Development is an agency of the United States.

    2. The suit was filed on or about September 22, 2006. Amended complaints have subsequently been filed. No trial has yet taken place. A copy of all pleadings to date will be submitted electronically upon receipt of a docket number.

    3. By filing this Notice of Removal of a Civil Case, the United States of America does not intend to waive any jurisdictional defenses which may be available to it.

SCANNED/POSTED/RETURNED IN FLND

Date 6/8/07 By AA

WHEREFORE, the United States gives notice of removal and asks this Court to remove this case from the above state court of Florida.

## Certificate of Service

On June 6, 2007, a copy of the foregoing Notice of Removal of a Civil Case was mailed to Mary C. O'Rourke, Esq., of Three Rivers Legal Services, Inc., 901 N.W. 8th Avenue, Suite D-5, Gainesville, Florida, counsel for Plaintiffs and Susan M. Seigle, Esq., 203 N.E. 1st Street, Gainesville, Florida 32601, counsel for National Housing Partnership, as general partner of Kennedy Homes Limited Partnership.

Respectfully submitted,

GREGORY R. MILLER
United States Attorney

*/s/ Paul A. Sprowls*

Paul Alan Sprowls
Assistant United States Attorney
Florida Bar 232688
111 North Adams Street, 4th Floor
Tallahassee, Florida 32301
850) 942-8430