STEPHENS et al v. NATIONAL HOUSING PARTNERSHIP et al | Doc. 7
Case 1:07-cv-00113-MP-AK   Document 7   Filed 06/21/2007   Page 1 of 1

*Page 1 of 1*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID STEPHENS, and
SARAH STEVENS,

    Plaintiffs,

v.                                      CASE NO. 1:07-cv-00113-MP-AK

NATIONAL HOUSING PARTNERSHIP
*as general partner of*
KENNEDY HOMES LIMITED PARTNERSHIP,
UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT, et al.,

    Defendants.
_____/

## **O R D E R**

This matter is before the Court on Doc. 3, Motion to Remand, filed by the Plaintiffs. A telephone conference was held on the matter on Thursday, June 21, 2007. Defendants stated during the conference that they had no legal argument to the motion. Because Defendants' Notice of Removal, Doc. 1, is untimely, Plaintiffs' Motion to Remand is granted. The Clerk is directed to remand this case to the Circuit Court for the Eight Judicial Circuit in and for Alachua County, Florida.

    **DONE AND ORDERED** this  *21st* day of June, 2007

                              *s/Maurice M. Paul*
                           Maurice M. Paul, Senior District Judge